TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00228-CV

Texas Department of Public Safety, Appellant

v.

Susan Risdon, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY 

NO. 238,796, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss the appeal. The motion is granted. Tex.
R. App. P. 42.1(1).

 The appeal is dismissed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed on Appellant's Motion

Filed: August 13, 1998

Do Not Publish